# STATE OF MICHIGAN

# COURT OF APPEALS

---

*In re* RAYMOND L. FRICK TRUST.

---

EDWARD M. KRESS and JENNY FRICK
TRYCHEL, also known as JENI FRICK
TRYCHEL, Successor Co-Trustees,

      Plaintiffs-Appellees,

v

BRADLEY SPICE and BCL 75, INC.,

      Defendants-Appellants.

UNPUBLISHED
December 11, 2018

No. 341498
Monroe Circuit Court
LC No. LC No. 16-138516-CK

---

Before: M. J. KELLY, P.J., and METER and O'BRIEN, JJ.

M. J. KELLY, J. (*concurring*).

    I concur in the result only.

                        /s/ Michael J. Kelly

-1-